IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

MIKE COSTELLO

               Plaintiff,

v.

MEYTAX CAFE, INC., d/b/a MEYTAX LOUNGE, and
LINCOLN FIVE REALTY, LLC

               Defendants.

-----------------------------------------------------------X

Case No.: 11-cv-0285

**NOTICE OF APPEARANCE**

     PLEASE TAKE NOTICE that the undersigned hereby appears as counsel on behalf of the Defendant Meytax Cafe, Inc., d/b/a Meytax Lounge ("Meytax") in the above-captioned action. Contact information for the undersigned counsel is as follows:

Shimshon Wexler, Esq.

THE LAW OFFICES OF SHIMSHON WEXLER, P.C.
2710 Broadway, 2nd Floor
New York, New York 10025
(212) 760-2400
swexleresq@gmail.com

Please enter this appearance on the Court's docket and electronically notify the undersigned of all filings, notices, motion, etc. at the email address listed above.

Date: February 17, 2011
New York, New York

                                                    _____
                                                    Shimshon Wexler
                                                    The Law Offices of Shimshon Wexler, PC
                                                    2710 Broadway, 2nd Floor
                                                    New York, NY 10025
                                                    (212) 760-2400
                                                     Attorneys for Defendant
                                                     Meytax Cafe, Inc.

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MIKE COSTELLO

          Plaintiff,

v.

MEYTAX CAFE, INC., d/b/a MEYTAX LOUNGE, and
LINCOLN FIVE REALTY, LLC

          Defendants.
-----------------------------------------------------------X

Case No.: 11-cv-0285

**Certificate of Service**

I hereby certify that on February 17, 2011, I served the foregoing "Notice of Appearance" by filing it electronically with the Clerk of the above-captioned Court using its CM/ECF system.

                                            Shimshon Wexler
                                            The Law Offices of Shimshon Wexler, PC
                                            2710 Broadway, 2nd Floor
                                            New York, NY 10025
                                            (212) 760-2400
                                            Attorneys for Defendant
                                            Meytax Cafe, Inc.