UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X
MIKE COSTELLO,

       Plaintiff,

v.

MEYTEX CAFE, INC.,
 a New York corporation
 d/b/a MEYTEX LOUNGE,
 and LINCOLN FIVE REALTY, LLC,
 a New York limited liability company,

       Defendants.
------------------------------------------------------X

Civil Action No.: 11 Civ. 0285 (SJ) (JMA)
ECF CASE

**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE AS TO DEFENDANT LINCOLN FIVE REALTY, LLC, ONLY**

    The plaintiff, MIKE COSTELLO, by and through his undersigned counsel, and defendant LINCOLN FIVE REALTY, LLC, a New York limited liability company, by and through its undersigned counsel, and whereas as no party hereto is an infant or incompetent for whom a committee who has been assigned, and pursuant to the provisions of Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby stipulate to a voluntary dismissal against Defendant LINCOLN FIVE REALTY, LLC, only.

    Dated this 7th day of April, 2011.

Respectfully submitted,

_[signature]_
Adam T. Shore, Esq.
Law Office of Adam Shore
Attorney for Plaintiff
100 Park Avenue, Suite 1600
New York, New York 10017
(t) 646-476-4296
(f) 646-390-7422

_[signature]_
Steven J. Rice, Esq.
Harris Beach, PLLC
Attorney for Defendant Lincoln Five Realty, LLC
100 Wall Street
New York, New York 10005
(t) 212-687-0100
(f) 212-687-0659

_____
HONORABLE STERLING JOHNSON, JR
UNITED STATES DISTRICT JUDGE