**LAW OFFICES OF ADAM SHORE, PLLC**
100 Park Avenue, Suite 1600
New York, New York 10017
(t) 646-476-4296
(f) 646-390-7422
atsesq@gmail.com

June 25, 2012

<u>VIA ECF</u>
Senior Judge Sterling Johnson, Jr.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    <u>Costello v. Meytex Café, Inc.</u>
            <u>Case Number: 11cv0285 (SJ)(JMA)</u>

Dear Judge Johnson:

    I represent the Plaintiff in the above referenced matter. The Plaintiff is currently out of the country, and will be out of the country, in Ireland, on June 29, 2012 and is unable to appear at the hearing scheduled for June 29, 2012. The undersigned therefore respectfully requests an adjournment of the hearing. Alternative dates have not yet been determined as the Plaintiff has not purchased a return ticket and it is unknown when he will returning as he is caring for a sick family member. I have conferred with counsel for Meytex Café, Inc. and he consents to the adjournment.

                                                       Respectfully submitted,

                                                       <u>s/Adam Shore</u>
                                                       **A**dam T. Shore, Esq.

cc:    Shimshon Wexler, Esq.