The Law Offices of Shimshon Wexler, PC<br>
2710 Broadway, 2FL<br>
New York, New York 10025<br>
Tel (212)760-2400<br>
Fax (917)512-6132<br>
swexleresq@gmail.com

June 28th, 2012

VIA ECF Filing
Hon. Sterling Johnson, Jr., U.S.D.J.
U.S. District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

RE:   Costello v. Meytex Café Inc.
      E.D.N.Y. Case No. 11-CV-0285-SJ-JMA

Dear Judge Johnson:

    I am the attorney for the defendant in this action. I would like to immediately bring to the Court's attention an apparent misstatement in Plaintiff's letter motion. Plaintiff's counsel never asked nor did I ever agree to an adjournment of Friday's proceedings. I don't understand why he has stated in his letter that I did. In addition, I would not consent to the adjournment because he failed to give notice to his client via overnight mail or in a manner more immediate than regular mail.

Respectfully Yours,<br>
<br>
Shimshon Wexler

Cc: By CM/ECF, all counsel of record