**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------x

MIKE COSTELLO,

                          Plaintiff,

        vs.

MEYTEX CAFE, INC.,
a New York corporation
d/b/a MEYTEX LOUNGE

                          Defendant.

-----------------------------------------------------x

CASE NO: 11 Civ. 0285 (SJ)

**NOTICE OF VOLUNTARY DISMISSAL**

       The Plaintiff, Mike Costello, by and through his undersigned attorney, and pursuant to the provisions of Rule 41 of the Federal Rules of Civil Procedure, hereby stipulates to a voluntary dismissal of this action, without prejudice, against MEYTEX CAFE, INC., a New York corporation d/b/a MEYTEX LOUNGE.

  Dated this 5th day of July, 2012.

    Respectfully submitted,

By: s/Adam Shore_____
    Adam Shore, Esq.
    Law Offices of Adam Shore, PLLC
    Attorney for Plaintiff
    100 Park Avenue, Suite 1600
    New York, New York 10017

DONE AND ORDERED at _____, New York, this _____ day of _____, 2012.

                                            By: _____
                                                   Judge Sterling Johnson, Jr.
                                                   United States District Judge